1

2

3

4

5

                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                            AT TACOMA

6   VALERIE J. LANDRIE,

7                              Plaintiff,          Case No. 3:10-cv-05806-RBL-KLS

8          v.                                      ORDER

9   MICHAEL J. ASTRUE, Commissioner of
    Social Security,
10
                               Defendant.
11

12

13         The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

14  Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

15  recommendation, if any, and the remaining record, does hereby find and ORDER:

16      (1)   the Court adopts the Report and Recommendation;

17
        (2)   the ALJ erred in her decision as described in the Report and Recommendation;
18
        (3)   the matter is therefore REVERSED and remanded to the Commissioner for further
19
20            administrative proceedings; and

21      (4)   the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

22            counsel and Magistrate Judge Karen L. Strombom.

23  DATED this 19th day of December, 2011.

24

25

26

                              RONALD B. LEIGHTON
                              UNITED STATES DISTRICT JUDGE

ORDER - 1